JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PAT SUAREZ,

       Plaintiff,

       v.

1377 WEST, LLC,

       Defendants.

Case No. 2:26-cv-00970-AB (MARx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 29, 2026

                                       

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1